Syed K. RAFI, Plaintiff–Appellant,

v.

Mike LEAVITT, Secretary of Health and Human Services, Defendant–Appellee.

No. 2008–1451.

United States Court of Appeals, Federal Circuit.

Aug. 15, 2008.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendant–Appellee.

Syed K. Rafi, Dorchester, MA, pro se.

## ORDER

Pursuant to this court's order filed July 31, 2008,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the District of Columbia.